**Order entered February 6, 2020**



**In the**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01135-CR

**CORNELIUS ASHLEY PALMER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F18-14053-V**

## ORDER

The reporter's record was filed February 3, 2020. Missing from the record are the State's Exhibits #9 (DVD–Videos from Facebook), #10 (DVD–Snippets Video), #16 (DVD–Video of Defendant), #33 (CD–911 Call), and #41 Flash Drive (Video of traffic stop) as well as Defendant's Exhibit #1 (Video of L.P.).

We **ORDER** deputy court reporter Melissa Maxwell to file a supplemental reporter's record containing true and correct playable copies of State's Exhibits #9, #10, #16, #33, #41, and Defendant's Exhibit #1 within **FOURTEEN DAYS** of the date of this order.

/s/    CORY L. CARLYLE
        JUSTICE